## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
*Southern Division*

|  |  |  |
|---|---|---|
| **ANDREA JACKSON CANNON,** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: PWG-13-1324 |
| **WELLS FARGO BANK, N.A.,** *et al.*, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 20th day of February, 2014, ORDERED that

(A) Defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc.'s Motion to Dismiss, ECF No. 12, is GRANTED;

(B) Defendant QBE Insurance Corp.'s Motion to Dismiss, ECF No. 18, is GRANTED;

(C) Plaintiff Andrea Jackson Cannon's Motion for Conversion, ECF No. 27, is DENIED;

(D) This case is DISMISSED with prejudice;

(E) If Defendants intend to file a motion pursuant to Fed. R. Civ. P. 11, they SHALL do so no later than thirty days after the entry of this Order; and

(F) The Clerk SHALL CLOSE this case.

/S/
Paul W. Grimm
United States District Judge

dsy